UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ASHLEY R. WETHERELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>　　　　　Defendant. | Case No. CV-23-062-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

　　Dated this 17th day of July, 2023.

　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　By: /s/ Annie Puhrmann
　　　　　　　　　　　　　　　　Annie Puhrmann, Deputy Clerk